IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS MONICA, et al.         :      CIVIL ACTION
                             :
          v.                 :
                             :
ACCURATE LIFT TRUCK          :      NO. 10-730

ORDER

AND NOW, this 20th day of April, 2010, upon consideration of the plaintiffs' Motion to Remand to State Court (Docket No. 6); the defendant's Motion for Leave to Amend the Notice of Removal (Docket No. 12); the parties' respective responses thereto; after a Rule 16 conference with counsel for the parties on April 7, 2010; and for the reasons set forth in a Memorandum of today's date; IT IS HEREBY ORDERED that the plaintiffs' motion to remand is DENIED and the defendant's motion to amend the notice of removal is GRANTED. The defendant shall file an amended notice of removal on or before May 3, 2010.

                              BY THE COURT:


                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.